**06 CA 11612 DPW**

From : **Kumar S Kamineni**
 **Ph.D** plaintiff
 **172 Kimball Street**
 **MALDEN**
 **M.A.02148**
 Ph: 617-957-4051

U.S
**Federal Court**
**Boston**

6th Sept 2006

Defendant : Sallie Mae
P.O. Box 9500
Wilkes Barre
PA 18773

MAGISTRATE JUDGE Collings

Subject : Fradulent Chages
Kumar S Kamineni Vs. Sallie Mae

Sir,

I had borrowed the following loans on fixed interest rate as follows:

| Loan Date | Original Loan Amount | Interest Rate | Loan Program | Present Rate Varied |
|---|---|---|---|---|
| * 08/10/01 | $ 6,369.00 | 7.5 Percent | SIG Student | 13.5 |
| *09/28/01 | 2,625.00 | 2.5 Percent | FFELP Stafford | 7-14 |
| *09/28/01 | 4000.00 | 2.5 Percent | FFELP | 7-14 |

FFELP means Federal Family Education Loan i.e Pell grant etc.

The Sallie Mae which was a service agency arbitrarily changed the interest rates from fixed to Varied interest rate and now charging me 13.5 percent interest. Last several years I asked the Sallie Mae to provide me the documents where in I agreed to pay the varied interest rate. Since I never signed any such documents they failed to doso and provide me with an unsigned papers and charge me varied interest rates. Further the money I pay they fail to credit to my account.

   Further they sends me unsigned documents threatening me they will damage my credit by reporting negatively to credit agencies. All these years since the diploma program I was assisted was not a accredited program I failed to get any relevant job. Under the circumstances I am living a fearful and stressful life due to Sallie Mae unfair methods I lodge a complaint requesting the court to intervene and provide me  relief. immediately

   The Sallie Mae ignores my written notices and continues to threaten me. Even their customer service harasses me, and for a long time they keep me waiting and finally the phone will be disconnected.

I am a doctorate and aged sixty years. In fact I further trying to improve my skills and joined an Institute and informed the Sallie Mae accordingly But they ignored my plea and threatens me. I am an intellectual and known scholar All over the globe.

I also possess a Law qualification from abroad and if the Sallie Mae does it to me what happens to young kids. This type of unfair practices should be addressed and victims like me given immediate relief. I request to provide Justice and relief by restraining Sallie Mae including Punitive damages.

wherefore the Plaintiff demands Judgement against defendant for damages and such other relief as this Court deems Just-

Sincerely Yours,

KS Kumar
Dr. Kamineni S Kumar

**Sallie Mae Address:**
P. O. Box 9500
Wilkes Barre   PA 18773-9500
Ph: 888-272-5543

Address: 172 Kimball St
Malden M.A 02148
Plaintiff
T-No: 617-957-4081